In the Matter of LORI D. HOLMES, Appellant, v OTIS L. SIMMONS, JR., Respondent. [53 NYS3d 868]—Appeal from an order of the Family Court, Onondaga County (Julie A. Cecile, J.), entered December 10, 2015 in a proceeding pursuant to Family Court Act article 6. The order, among other things, adjudged that respondent shall have sole legal and physical custody of the subject children.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Carni, J.P., Curran, Troutman, Winslow and Scudder, JJ.